UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                       Case No. 18-cr-187-03-SM

<u>Amy Patch</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 1, 2021. Defendant's supervised release is hereby revoked.

Ms. Patch shall self-report to Strafford County House of Corrections on Monday, March 22, 2021 by 2:00 p.m. If the defendant does not self-surrender an arrest warrant will be issued.

**So Ordered.**

                                                              _____
                                                              Steven J. McAuliffe
                                                              United States District Judge

Date: March 19, 2021

cc:  Jennifer C. Davis, AUSA
      Patrick J. Richard, Esq.